Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*
#### Northeastern Division

La Verne Koenig,

            Petitioner,          JUDGMENT IN A CIVIL CASE

vs.

                                     Case No.    2:10-cv-34

State of North Dakota,

           Respondent.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

Pursuant to the Order filed on April 25, 2012, the State's motion to dismiss is GRANTED, and Koenig's motion for relief under Section 2245 is DENIED.

Date: April 25, 2012                        ROBERT J. ANSLEY, CLERK OF COURT

                                                            by: */s/ Ashley Maki, Deputy Clerk*