Local AO 450 (rev. 5/10)

# United States District Court
*District of North Dakota*
**Northeastern Division**

La Verne Koenig,

        Petitioner,

vs.

State of North Dakota,

        Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 2:10-cv-34

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed on April 25, 2012, the State's motion to dismiss is GRANTED, and Koenig's motion for relief under Section 2254 is DENIED.

Date: April 25, 2012

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Ashley Maki, Deputy Clerk*